■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHANE P. KALB, Appellant. [899 NYS2d 722]—Appeal from a judgment of the Chautauqua County Court (John T. Ward, J.), rendered March 13, 2008. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Peradotto, Lindley, Sconiers and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVON JONES, Also Known as DAVON NEASON and as "ANIMAL," Appellant. [899 NYS2d 722]—Appeal from a judgment of the Supreme Court, Erie County (John L. Michalski, A.J.), rendered March 24, 2009. The judgment convicted defendant, upon his plea of guilty, of murder in the second degree and assault in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Peradotto, Lindley, Sconiers and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEBRA L. KNAUBER, Appellant. [899 NYS2d 709]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered December 10, 2007. The judgment convicted defendant, upon a jury verdict, of rape in the second degree, criminal sexual act in the second degree and sexual abuse in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed and the matter is remitted to Genesee County Court for proceedings pursuant to CPL 460.50 (5). Present—Centra, J.P., Peradotto, Lindley, Sconiers and Gorski, JJ.